HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. FRANKIE JURKOWSKI, AARON DONNY-CLARK,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, Assistant Chief Steve Wilske, Captain Chris Fowler, Trent Bergmann, Thomas Yoon, Mark Grinstead, Kirk Waldorf, Brian Rees, Robert Brown, and Marc Garth Green,<br><br>     Defendants. | NO. 2:15-CV-1155<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO ALL CLAIMS AGAINST CERTAIN DEFENDANTS (Brown, Grinstead, Rees, and Waldorf) |

## **STIPULATION**

Plaintiffs J. Frankie Jurkowski and Aaron Donny-Clark, through their counsel of record, stipulate that all claims against defendants Mark Grinstead, Brian Rees, Robert Brown, and Kirk Waldorf may be dismissed with prejudice and without costs and/or attorney's fees as to either party.

DATED this 18th day of May, 2017.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS AS TO CERTAIN
DEFENDANTS - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| | |
|---|---|
| 1 | |
| 2 | CHRISTIE LAW GROUP, PLLC |  LAW OFFICE OF HARRY WILLIAMS, LLC |
| 3 | |
| 4 | By s/ *Thomas P. Miller*<br>THOMAS P. MILLER, WSBA #34473<br>Attorney for Defendants | By s/ *Harry Williams, IV*<br>HARRY WILLIAMS, IV, WSBA #41020<br>Attorney for Plaintiffs |
| 5 | |
| 6 | SEATTLE CITY ATTORNEYS' OFFICE | HART JARVIS CHANG |
| 7 | |
| 8 | By s/ *Andrew T. Myerberg*<br>ANDREW T. MYERBERG, WSBA #47746<br>CHERIE K. GETCHELL, WSBA #49768<br>Attorney for Defendants | By s/ *Kenneth M. Chang*<br>KENNETH M. CHANG, WSBA #26737<br>Attorney for Plaintiffs |
| 9 | |
| 10 | |
| 11 | HKM EMPLOYMENT ATTORNEYS LLP |
| 12 | |
| 13 | By s/ *Dan Kalish*<br>DAN KALISH, WSBA #35815<br>Attorney for Plaintiffs |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CERTAIN DEFENDANTS - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# ORDER OF DISMISSAL

THIS MATTER, having come before the Court by way of stipulation entered by plaintiffs J. Frankie Jurkowski and Aaron Donny-Clark, and all defendants to dismiss all claims against defendants Mark Grinstead, Brian Rees, Robert Brown, and Kirk Waldorf with prejudice and without costs and/or attorney's fees as to either party, and the Court being fully advised, now, therefore, it is hereby ORDERED as follows:

All claims against the above-named defendants brought by plaintiffs J. Frankie Jurkowski and Aaron Donny-Clark are hereby dismissed with prejudice and without costs and/or attorney's fees as to either party.

DATED this 25th day of May, 2017.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:
CHRISTIE LAW GROUP, PLLC

By  s/ *Thomas P. Miller*
  ROBERT L. CHRISTIE, WSBA #10895
  THOMAS P. MILLER, WSBA #34473
  Attorneys for Defendant

Approved as to form, notice of presentation waived:

LAW OFFICE OF HARRY WILLIAMS, LLC

By  s/ *Harry Williams, IV*
  HARRY WILLIAMS, IV, WSBA #41020
  Attorney for Plaintiffs

| | |
|---|---|
| 1 | HKM EMPLOYMENT ATTORNEYS LLP |
| 2 | |
| 3 | By s/ *Dan Kalish* |
| | DAN KALISH, WSBA #35815 |
| 4 | Attorney for Plaintiffs |
| 5 | |
| | HART JARVIS CHANG |
| 6 | |
| 7 | By s/ *Kenneth M. Chang* |
| | KENNETH M. CHANG, WSBA #26737 |
| 8 | Attorney for Plaintiffs |
| 9 | |
| | SEATTLE CITY ATTORNEYS' OFFICE |
| 10 | |
| 11 | By s/ *Andrew T. Myerberg* |
| | ANDREW T. MYERBERG, WSBA #47746 |
| 12 | CHERIE K. GETCHELL, WSBA #49768 |
| | Attorney for Defendants |