1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

J. FRANKIE JURKOWSKI and
AARON DONNY-CLARK,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

C15-1155 TSZ

MINUTE ORDER

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

(1) Defendants' motion for leave to file an over-length brief, docket no. 59, is
GRANTED as follows. Defendants' motion for summary judgment shall not exceed
thirty-four (34) pages in length. Plaintiffs' response thereto shall not exceed thirty-four
(34) pages in length. Any reply shall not exceed seventeen (17) pages in length.

17

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

Dated this 14th day of June, 2017.

19

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1