HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. FRANKIE JURKOWSKI, AARON DONNY-CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, Assistant Chief Steve Wilske, Captain Chris Fowler, John Doe 1, Jane Doe 1, John Doe 2, Jane Doe 2, <br><br> Defendants. | NO. 2:15-cv-1155 <br><br> DECLARATION OF BRIAN KRAUS |

I, BRIAN KRAUS, declare as follows:

1. I am over the age of 18 years old and am a citizen of the United States. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

2. I am a fully commissioned law enforcement officer and have been a fully commissioned law enforcement officer in the state of Washington since 1988 [BK]. On May 1, 2015, I was assigned to the bicycle patrol unit 3D80 [BK] ~~3D86~~ during the May Day anarchist march.

DELCARATION OF BRIAN KRAUS
(2:15-cv-1155) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

3. On May 6, 2015, I completed a report detailing my use of force during the anti-capitalist/anarchist march, including my deployment of two blast balls. A true and correct copy of my report is attached hereto as Exhibit A. Because my statement contained more words than allowed, it is attached hereto as Exhibit B. I hereby swear to and affirm the contents of that report under penalty of perjury and incorporate it by its reference as though fully set forth herein.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

SIGNED in Seattle, Washington this __15__ day of September, 2016.

_____
BRIAN KRAUS

DELCARATION OF BRIAN KRAUS
(2:15-cv-1155) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669