UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. FRANKIE JURKOWSKI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　　Defendants. | C15-1155 TSZ<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　In light of defendants' attorneys' unavailability, and pursuant to the telephonic agreement of all counsel, the oral argument on defendants' motion for summary judgment, docket no. 66, currently set for Friday, July 28, 2017, at 10:00 a.m., is CONTINUED to Thursday, August 31, 2017, at 9:00 a.m.

　　　　(2)　In light of defendants' attorneys' trial schedules, and with the telephonic consent of plaintiffs' counsel, the trial date and remaining related deadlines are also CONTINUED as follows:

| | |
|---|---|
| **JURY TRIAL DATE (6-8 days)** | **January 16, 2018** |
| Motions in limine filing deadline | November 30, 2017 |
| Agreed pretrial order due | January 2, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 2, 2018 |
| Pretrial conference | January 8, 2018 at 1:30 p.m. |

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2