UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J. FRANKIE JURKOWSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | C15-1155-TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The oral argument scheduled for August 31, 2017, at 9:00 a.m., is hereby STRICKEN. The Court is currently of the view that defendants' motion for summary judgment, docket no. 66, can be decided on the briefs, other papers, and materials submitted on electronic media. If the Court believes oral argument will be beneficial, it will reset the hearing date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1